UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:2012-cv-60471

JOAN CIMO, individually,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL, LLC,
a foreign limited liability company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff hereby notifies this Court that a settlement has been reached this day between the parties, pending final execution of settlement documents and releases.

Respectfully submitted: April 8, 2012

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 East Hallandale Beach Boulevard
Hallandale, Florida 33309
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8 April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner as well as for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.