UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60471-WJZ

JOAN CIMO, individually,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL, LLC,
a foreign limited liability company,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned attorney hereby gives notice that the above-styled action is hereby dismissed with prejudice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
(954) 589-0588 Phone

                              (954) 337-0666 Fax  
                              Florida Bar No.: 0597651  
                              scott@scottdowens.com