UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60471-CIV-ZLOCH

JOAN CIMO,

    Plaintiff,

vs.                                             **FINAL ORDER OF DISMISSAL**

AMERICAN CORADIUS INTERNATIONAL,
LLC,

    Defendant.

_____/

THIS MATTER is before the Court upon Plaintiff Joan Cimo's Notice Of Voluntary Dismissal With Prejudice (DE 5). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Joan Cimo's Notice Of Voluntary Dismissal With Prejudice (DE 5) be and the same is approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED;** and

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___27th___ day of April, 2012.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record